WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SHERRY WILLIAMS,** | CV # 04-1249-HA |
|   Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
|   Defendant. | |

Attorney fees in the amount of $7,334.00 and expenses in the amount of $15.99 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 2 day of Nov, 2005.

                                                /s/ [signature]
                                            United States District Judge

Submitted on November 1, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Sherry Williams
CIVIL ACTION NO. 04-1249-HA

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and
        Supporting Documents ................................. $15.99

Total Expenses: **$15.99.**

Federal Court Costs:

    Federal Court filing fee ................................... $150.00

Total Costs: **$150.00.**

SCHEDULE A - page 1
Attachment to court ORDER